**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 379 MAL 2023

Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
BRADLEY EUGENE KEMP, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.